EXHIBIT "C"

Defendants' Use of Plaintiff's Federally-Registered Intellectual Property Published on Web Portals









































































































