UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-80393-BB

TRIAXIAL MEDICAL, INC.,

    Plaintiff,

v.

INTERNET BRANDS, INC.,

    Defendant.
_____/

## MOTION TO COMPEL DOCUMENT PRODUCTION FROM PLAINTIFF

Defendant, Internet Brands, Inc., respectfully moves this Court pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv) and Local Rule 26.1(g)(2) to compel Plaintiff, Triaxial Medical, Inc., to produce documents in response to Defendant's First Request for Production and states:

1. On July 5, 2016, Plaintiff served its written responses to Defendant's First Request for Production of Documents.

2. Plaintiff stated, with regard to most of its responses, "Responsive Documents will be produced at a mutually agreed upon time and place."

3. When Defendant attempted to follow up with Plaintiff to obtain the documents, Plaintiff insisted that a mutually agreeable Protective Order be entered before production would be made.

4. Accordingly, on August 3, 2016 Defendant furnished Plaintiff with a proposed Protective Order.

5. Defendant's attorney was forced to follow-up repeatedly through emails to Plaintiff's attorney on August 8, August 9, and August 10, 2016 and calls to Plaintiff's attorney on the phone on August 3 and August 8, 2016.

6. In the interim, Defendant proposed that Plaintiff furnish the documents immediately, that Defendant would pay for the immediate delivery, and that the documents would remain in strict confidence subject to entry of the Protective Order--an agreement to which Plaintiff's attorney agreed.

7. However, no documents were ever produced.

8. On August 11, 2016, after repeated follow-up, Plaintiff's attorney agreed to the terms of the Protective Order.

9. Unfortunately, Plaintiff's attorney still has not provided the responsive documents, and continues to state that he is gathering the documents and they will eventually be provided.

10. Accordingly, Defendant has no alternative but to ask the Court to enter an Order compelling Plaintiff to produce documents under Fed. R. of Civ. P. 37(a)(3)(B)(iv) and Local Rule 26.1(g)(2).

11. In accordance with Local Rule 7.1(a)(3), we have attempted to confer with Plaintiff's attorney in order to resolve this Motion, but he has not been responsive.

WHEREFORE, Defendant, Internet Brands, Inc., respectfully requests this Court enter an Order compelling Plaintiff to produce all documents responsive to the First Request for Production forthwith.

Dated:  August 12, 2016

Respectfully submitted,

  /s/ Matthew S. Nelles
Matthew S. Nelles
Florida Bar No. 009245
Ryan K. Todd
Florida Bar No. 091679
**BROAD AND CASSEL**
One Financial Plaza, Suite 2700
100 S.E. Third Avenue
Fort Lauderdale, Florida  33394
Telephone:  (954) 764-7060
Facsimile:   (954) 761-8135
mnelles@broadandcassel.com

*Attorney for Defendant,*
*Internet Brands, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the 12th day of August 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the following Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Matthew S. Nelles
Matthew S. Nelles

## SERVICE LIST

**Case No. 9:16-cv-80393-BB**

| | |
|---|---|
| Louis R. Gigliotti, Esq.<br>Louis R. Gigliotti, P.A.<br>1605 Dewey Street<br>Hollywood, FL 33020<br>Telephone: (954) 471-4392<br>lgigliotti@bellsouth.net<br><br>*Attorney for Plaintiff* | Wendy E. Giberti (*pro hac vice* pending)<br>iGeneral Counsel, P.C.<br>9595 Wilshire Blvd., Suite 900<br>Beverly Hills, CA 90212<br>Telephone: (310) 300-4082<br>Facsimile:  (310) 300-8401<br>wgiberti@igeneralcounsel.com<br><br>*Attorneys for Defendant, Internet Brands, Inc.* |

4814-2879-7750, v.  1