UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:16-cv-80393-BLOOM/Valle

TRIAXIAL MEDICAL, INC.,
    Plaintiff,
v.
INTERNET BRANDS, INC.,
    Defendant.
_____/

**PLAINTIFF'S MOTION FOR ORDER PERMITTING RE-SCHEDULING OF MEDIATION WITHIN THE TIME PERMITTED PURSUANT TO THE SCHEDULING ORDER**

COMES NOW, Plaintiff, TRIAXIAL MEDICAL, INC., and for the reasons as stated below, respectfully requests that the Parties be permitted to re-schedule the mediation. This Motion does not seek to extend any deadline, and complies with the Scheduling Order entered in this case.

**RULE 7.1(a)(3) CERTIFICATION**

Plaintiff's counsel sought the consent of Defendant's counsel prior to filing this Motion. Defendant's counsel confirmed in writing that they do not consent.

**I.**    **Introduction.**

This Court entered a Scheduling Order [DE17], whereby mediation shall be completed by November 9, 2016. The Parties had agreed in May, 2016 on a mediation date of October 25, 2016, and the Court ordered mediation for that day. [DE21].

Plaintiff has set the 30(b)(6) deposition for Defendant on October 26, 2016, in California. The Parties believe that mediation will be fruitful. Plaintiff respectfully requests an Order permitting re-scheduling mediation until after the deposition, as 2 full weeks remain to re-schedule mediation.

Mediation will be much more productive, fruitful, and likely to settle, if it is permitted to be re-scheduled *after* the scheduled deposition.

1

There is no known prejudice to Defendant, as the Parties will still meet the deadlines imposed by the Court.

WHEREFORE, Plaintiff respectfully requests permission to re-schedule mediation, and to do so within the time permitted by the Scheduling Order.

Dated: October 17, 2016                                  Respectfully submitted by:

                                                         Louis R. Gigliotti, P.A.

                                                         By: s/Louis R. Gigliotti,Esq./
                                                             Louis R. Gigliotti, Esq.
                                                             Florida Bar No.: 71935
                                                             1605 Dewey Street
                                                             Hollywood, FL 33020
                                                             Tel: (954) 471-4392
                                                             Fax: (954) 922-8214
                                                         Email: lgigliotti@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served via US First Class Mail at: Matthew S. Nelles, Esq., **BROAD AND CASSEL,** One Financial Plaza, Suite 2700 100 S.E. Third Avenue, Fort Lauderdale, Florida 33394, and via email to mnelles@broadandcassel.com,  and wgiberti@igeneralcounsel.com this 17th day of October, August, 2016.

                                                         By: s/Louis R. Gigliotti,Esq./
                                                             Louis R. Gigliotti, Esq.