**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-80393-BLOOM/Valle**

TRIAXIAL MEDICAL, INC.,

Plaintiff,

v.

INTERNET BRANDS, INC.,

Defendant.
_________________________________________/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [41]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [41]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE.** Per the parties' agreement, each side shall bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 28th day of November, 2016.

_________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record